12800.   DUNHAM LUMBER COMPANY *v.* TUMLIN LUMBER
COMPANY.

JENKINS, P. J.   This case is controlled by the ruling of the Supreme Coort in *Clark* v. *Ganson,* 144 *Ga.* 544 (87 S. E. 670), wherein it was held that "the mere filing in the office of the clerk of the superior court of a paper called an amendment, but without any allowance by the judge or order permitting it to be filed, does not amount to amending the petition." No amendment to the petition having been "made" within the time allowed by the previous order of the judge, the judgment dismissing the petition and overruling the motion to reinstate must stand

*Affirmed.    Stephens and Hill, JJ., concur.*
DECIDED APRIL 1, 1922.

Motion to vacate judgment; from Haralson superior court — Judge Irwin. June 15, 1921.

*Milner & Farkas,* for plaintiff.   *M. J. Head,* for defendant.